IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MONICA PORTER, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.<br>) |
| SURE CHECK BROKERAGE, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Sure Check Brokerage, Inc. ("Sure Check" or "Defendant") hereby files its Notice of Removal of the above-captioned case to this Court and, in support of removal, respectfully states as follows:

1. Defendant is named in Case No. 1916-CV01183 filed in the Circuit Court of Jackson County, Missouri, styled Monica Porter, Individually and On Behalf of All Others Similarly Situated v. Sure Check Brokerage, Inc. (the "State Court Action").

2. The Petition in the State Court Action was filed with the Circuit Court of Jackson County on or about January 8, 2019. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached hereto as **Exhibit A**.

3. In the State Court Action, Plaintiff alleges Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq.

4. Any civil action is removable if the plaintiff could have originally brought the action in federal court. See 28 U.S.C. § 1441(a).

5. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331, because Plaintiff alleges Defendant violated a federal statute, the FDCPA.

1

OM 518098.1

6. Pursuant to 28 U.S.C. § 1441, this cause may be removed from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri.

7. Defendant was served with the Summons and Petition on or about February 21, 2019. This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8. By this Notice of Removal, Defendant does not waive any defense, jurisdictional or otherwise, which it may possess. Defendant also does not concede that Plaintiff has stated a claim against it.

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri.

DATED this 21st day of March, 2019.

Respectfully submitted,

SPENCER FANE LLP

By: s/ Joshua C. Dickinson

| | |
|---|---|
| Joshua C. Dickinson | MO Bar No. 51446 |
| Kersten L. Holzhueter | MO Bar No. 62962 |

1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com
       kholzhueter@spencerfane.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri this 21st day of March, 2019, with a true copy mailed, first class postage prepaid, to Plaintiff's attorneys addressed as follows:

Joel S. Halvorsen
Gregory M. Klote
Halvorsen Klote
680 Craig Road, Suite 104
St. Louis, MO 63141

s/ Joshua C. Dickinson