UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MONICA PORTER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:19-cv-00216-BP ) |
| SURE CHECK BROKERAGE, INC., | ) ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 24th day of July, 2019, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
 **/s/ Kelly McIlvain**
 Deputy Clerk

Date:  July 26, 2019